UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 24135
  JOHN W CARY
  CHARLENE A CARY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-1739     SSN XXX-XX-2616
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/25/04 and confirmed on 10/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  11739.78 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAZDA AMERICAN CREDIT | SECURED | 7634.09 | 1167.22 | 7634.09 |
| AMERITECH LEASING SRV | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 173.80 | .00 | 17.38 |
| HEALTH SERVICES SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 120.00 | .00 | 12.00 |
| LINDSEY NERO | UNSECURED | 7200.00 | .00 | 720.00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 153.98 | .00 | 15.40 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 454.08 | .00 | 45.41 |
| WASTE MANAGEMENT OF ILLI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 781.34 | .00 | 78.13 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7634.09 | .00 | 8883.20 | .00 | 16517.29 |
| PRINCIPAL PAID | 7634.09 | .00 | 888.32 | .00 | 8522.41 |
| INTEREST PAID | 1167.22 | .00 | .00 | .00 | 1167.22 |
| TOTAL PAID | 8801.31 | .00 | 888.32 | .00 | 9689.63 |

The Debtor's attorney, JOHN C RENZI                     , was allowed $   2000.00
and was paid $    700.00  direct and $   1300.00  through the plan.

The Trustee received $     493.06 .

Refunds to the Debtor totaled $     257.09 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 04 B 24135 JOHN W CARY & CHARLENE A CARY